UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JURGEN BYK,

                    Plaintiff,

        -v-                                  16-cv-5612 (KBF)

ALAIN SPIRA,                                ORDER

                    Defendant.

------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: April 5, 2018 |

KATHERINE B. FORREST, District Judge:

      By Order dated February 5, 2018, the Court stayed this action for a period of 45 days, until March 16, 2018. (ECF No. 39.) That date has now passed, and therefore the stay in this action is hereby LIFTED.

      The Clerk of Court is directed to terminate the stay.

      SO ORDERED.

Dated:     New York, New York
              April 5, 2018

                                           KATHERINE B. FORREST
                                           United States District Judge